DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                    **OK/HAV**

Attorney for Defendant
MANUEL SAENZ-ENCINAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-06-294-DFL |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | DATE: September 14, 2006 |
| ) | TIME: 10:00.a.m. |
| MANUEL SAENZ-ENCINAS, ) | JUDGE: Hon. David F. Levi |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, MANUEL SAENZ-ENCINAS by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the trial confirmation hearing set for August 24, 2006 and the jury trial set for September 11, 2006 be vacated and a status conference be set for September 14, 2006 at 10:00 a.m.

    This continuance is being requested because the fast-track pre-plea probation report is not yet available for defense counsel and the government.  Counsel will need additional time to discuss the pre-plea probation report once it becomes available and present any plea agreement to defendant.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 14, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:   August 22, 2006        Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Rachelle Barbour
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                MANUEL SAENZ-ENCINAS



                                McGREGOR W. SCOTT
                                United States Attorney


DATED:   August 22, 2006        /s/ Rachelle Barbour for
                                MICHAEL BECKWITH
                                Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 8/24/2006

_____
DAVID F. LEVI
United States District Judge

**2**