```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                    OK/HAV

Attorney for Defendant
MANUEL SAENZ-ENCINAS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) )             Plaintiff, ) )     v. ) ) MANUEL SAENZ-ENCINAS, ) )             Defendant. ) ) _____) | Case No. CR.S-06-294-DFL<br><br>**STIPULATION AND ORDER**<br>DATE: September 28, 2006<br>TIME: 10:00.a.m.<br>JUDGE: Hon. David F. Levi |

     It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, MANUEL SAENZ-ENCINAS by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for September 14, 2006 be continued to September 28, 2006 at 10:00 a.m.

     This continuance is being requested because the fast-track pre-plea probation report has just become available in this case.  The parties must discuss the report, and the government must prepare a plea agreement.  Defense counsel must present that plea offer to Mr. Saenz and explain it fully to him.

     Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 28, 2006,

pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:    September 13, 2006      Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


                                  /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MANUEL SAENZ-ENCINAS


                                  McGREGOR W. SCOTT
                                  United States Attorney


DATED:    September 13, 2006      /s/ Rachelle Barbour for
                                  MICHAEL BECKWITH
                                  Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 9/14/2006



_____
DAVID F. LEVI
United States District Judge